# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ERIK GONZALEZ MARTINEZ,<br><br>Defendant. | 8:22-cr-00091-MEMF-1<br><br>JUDGMENT AND COMMITMENT ON REVOCATION OF SUPERVISED RELEASE |

    Defendant and his counsel, having appeared in person, Defendant having admitted to allegations one (1)-three (3) of the Petitions on Probation and Supervised Release filed on October 13, 2022, and the Court having found the Defendant to be in violation of the terms and conditions of supervised release,

    IT IS ORDERED that supervised release is revoked.

    IT IS FURTHER ORDERED that Defendant, Erik Gonzalez Martinez, is committed to the custody of the Bureau of Prisons imprisoned for a total term of time served as to all 3 Allegations concurrently with no supervision to follow.

The Court advised the Defendant of his right to appeal this order.

DATED:    May 7, 2025

                              MAAME EWUSI-MENSAH FRIMPONG
                              UNITED STATES DISTRICT JUDGE

                              BRIAN D. KARTH, CLERK

DATED/FILED:    May 7, 2025    By:___/s/Evelyn Chun
                                              Deputy Clerk